66 So.2d 756

### Lessie WILLIS v. STATE.

### 6 Div. 594.

Supreme Court of Alabama.

June 30, 1953.

Rehearing Denied Aug. 11, 1953.

Ray & Giles, Birmingham, for petitioner.

Si Garrett, Atty. Gen., and Maury D. Smith, Asst. Atty. Gen., opposed.

MERRILL, Justice.

Petition of Lessie Willis for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Willis v. State, Ala.App., 66 So. 2d 753.

Writ denied.

All the Justices concur.